# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 09-5351**                                    **September Term 2009**

**1:05-cv-02379-JR**

**Filed On:** June 8, 2010

Adham Mohammed Ali Awad, Detainee, U.S.
Naval Base, Guantanamo Bay, Cuba,

      Appellant

      v.

Barack Obama, President of the United
States, et al.,

      Appellees

**BEFORE:**    Sentelle, Chief Judge, Garland, Circuit Judge, and Silberman,
              Senior Circuit Judge

## O R D E R

Upon consideration of the court's order filed June 2, 2010, directing appellees to show cause why the court's opinion filed June 2, 2010, should not be released with redactions of classified material only; and the response thereto, stating that the government has no objection to the proposed redactions, nor does it object to the public release of the redacted opinion, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the Clerk be directed to issue the public version of the court's opinion filed June 2, 2010, with the classified material redacted.

## Per Curiam

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

            BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk